

**FILED**
DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

JUN 12 2020

for the

District of Guam

**JEANNE G. QUINATA**
**CLERK OF COURT**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)                   Case No. MJ 20 - 00021
The Person and Items in Possession of EVAN )
MONTVEL-COHEN to Include Checked Luggage, )
Carry-On Baggage and Other Items (See Attachment A) )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____ Guam _____
*(identify the person or describe the property to be searched and give its location)*:

The Person and Items in Possession of EVAN MONTVEL-COHEN to Include Checked Luggage, Carry-On Baggage and
Other Items Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 24, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Michael J. Bordallo, Magistrate Judge_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _3/10/20 4:38pm_

_____
*Judge's signature*

City and state:     Hagatna, Guam _____

Michael J. Bordallo, Magistrate Judge
*Printed name and title*

ORIGINAL

| **Return** | | |
|---|---|---|
| Case No.:<br>MJ 20-00021 | Date and time warrant executed:<br>MARCH 10, 2020  7:48 PM | Copy of warrant and inventory left with:<br>ELISE CALVO |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

PLEASE SEE ATTACHED RECEIPT FOR PROPERTY

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 12, 2020

_____
Executing officer's signature

Carla Lease FBI Special Agent
Printed name and title

6/12/20

# ATTACHMENT A

## *Property to be Searched*

The person and items in possession of EVAN MONTVEL-COHEN to include checked luggage as well as any carry-on baggage and other items on MONTVEL-COHEN's person at the time of his arrest.

**ATTACHMENT B**

*Property to be Seized*

All documents, records, and property (whether in the form of printed documents or stored in electronic or digital form) that constitute fruits, evidence, and instrumentalities of violations of Title 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. §1028A (Aggravated Identity Theft) for the time period of May 2019 through the present, and consisting of:

1. Financial statements and reports, ledgers, journals, contracts, leases, agreements, bills, invoices, correspondence and loan documents relating to Evan Montvel-Cohen or C2 Social.

2. Records or documents involving or relating to Benjamin David Myers, Guam Beachfront Residences, Marilou Novilla, the Goodwind Development Corporation, Martin Howard or Island Realty.

3. Records, to include phone records, Internet searches, and emails and email accounts relating to actual contact or attempted contact with the above-referenced individuals.

4. Bank records or records of payment involving Montvel-Cohen and / or C2 Social, to include but not limited to, bank statements, wire transfers, deposits, checks, cashier's checks, or other forms of financial records.

5. All electronic media, to include computers, hard drives, laptops, mobile phones, thumb drives, CD-ROM's, or other electronic devices capable of capturing records or communications used by the entities described above.

6. Any and all records, including but not limited to contracts with telephone and internet service providers, bills, telephone toll call records and other documents reflecting the use of the following identifiers:
   a) +1 (671) 989-0040
   b) +1 (671) 688-3177
   c) +1 (671) 483-1609

d) ben@c2social.com
e) evan@c2social.com
f) accounting@c2social.com

7. Any and all calendars, journals, appointment books, contacts listings, notes, or memoranda relating to Evan Montvel-Cohen and C2 Social.

8. Records relating to Montvel-Cohen's use of IP addresses, email accounts, text messaging, or instant messaging services used in connection with the Specified Federal Offenses.

9. Records and indicia tending to show ownership, or possession of the items to be searched.

10. Cellular telephones, computers and their related passwords or storage media used as a means to commit and/or conceal the violation(s) described above. The court further authorizes law enforcement to extract data from the seized cellular phones, to include call history records, email correspondence, phone contacts and text messages.

11. Documents, photos or letters reflecting attempts to obtain leases, contracts or other properties or possessions.

Case ID: 196D-HN-305837

On (date): 3/10/20

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) EVAN MONTVEL - COHEN

(Street Address) _____

(City) TAMUNING, GUAM

Description of Item (s): 1) Guam Drivers License for Evan Daniel Montvel-Cohen 2) iPhone 11 SN: F4GZW1M6N72Q 3) 6 x $100°° Bills 4) US Passport #530485989 for Evan Montvel-Cohen 5) 5x Credit Cards/Debit Cards (T-Mobile, Coast 360, Global Cash, Coast 360, TD Bank, 6) Business Cards, receipts, envelopes w/ handwritten notes, airline ticket and baggage claim tags, Oscar Card, 7) Black Portfolio Wallet 8) Black Jacket, belt, shoelaces)

*Nothing Further*

Received By: _____ (Signature)

Printed Name/Title: Carla Lease

Received From: _____ (Signature)

Printed Name/Title: Elise Colis